# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Juanita Katrina Perez<br>DEFENDANT(S). | CASE NUMBER<br>LA10 MJ 2919-2<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __12/10/10__, __1__, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA_____, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
        *(Other custodial officer)*

Dated: __12/7/10__            _____
                              U.S. District Judge/Magistrate Judge